# United States Court of Appeals
# for the Fifth Circuit

---

No. 22-10965
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
July 17, 2023

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Braulio Ramirez,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:18-CR-361-1

---

Before Higginbotham, Stewart, and Southwick, *Circuit Judges*.

Per Curiam:[*]

The Federal Public Defender appointed to represent Braulio Ramirez in his appeal of his revocation of supervised release and resulting sentence of 12 months and one day has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United*

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-10965

*States v. Flores*, 632 F.3d 229 (5th Cir. 2011).   Ramirez has not filed a response.

During the pendency of this appeal, Ramirez completed the sentence imposed upon revocation of supervised release and was released from custody.  Because no additional term of supervised release was imposed, the instant appeal is moot.  *See Spencer v. Kemna*, 523 U.S. 1, 7 (1998); *Bailey v. Southerland*, 821 F.2d 277, 278 (5th Cir. 1987).  Accordingly, the appeal is DISMISSED as moot, and counsel's motion for leave to withdraw is DENIED as unnecessary.